UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL T. LAZORCHAK, SR., )<br>)<br>Defendant. ) | CAUSE NO. 1:06-CV-0465-LJM-WTL |

**ORDER**

The Plaintiff, United States of America, by counsel Tim Morrison, Acting United States Attorney for the Southern District of Indiana, through Shelese Woods, Assistant United States Attorney, has moved this Court for an entry of summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure, in favor of the United States of America and against the Defendant, Michael T. Lazorchak, Sr. The United States has shown the Court that there is no genuine issue as to any material fact and that the United States is entitled to judgment against the Defendant as a matter of law.

The Court now FINDS that there is now due from the Defendant Michael T. Lazorchak, Sr., the principal sum of $14,861.86; plus interest computed from the date of default, February 5, 1987, to October 31, 2005, at the rate of 6.50% per annum, in the sum of $15.88 per day, for a total of $14,877.74; plus interest to the date of judgment at the rate of 6.50% per annum; plus interest at the prevailing rate after judgment until paid.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED BY THE COURT that the United States of America is hereby granted an in personam judgment against the Defendant, Michael T. Lazorchak, Sr., the principal sum of $14,861.86; plus interest computed from the date

of default, February 5, 1987, to October 31, 2005, at the rate of 6.50% per annum, in the sum of $15.88 per day, for a total of $14,877.74; plus interest to the date of judgment at the rate of 6.50% per annum. Post judgment interest shall accrue thereafter at the legal rate pursuant to 28 U.S.C. Section 1961(a), and shall be computed daily and compounded annually until the judgment is paid in full.

It is so ORDERED.

Date: 10/03/2007

LARRY J. McKINNEY, CHIEF JUDGE
United States District Court
Southern District of Indiana

DISTRIBUTION:

Shelese Woods
Assistant United States Attorney
10 West Market Street
Suite 2100
Indianapolis, IN  46204-3048

Michael Lazorchak, Sr.
7455 Merganser Drive
Indianapolis, IN 46260